UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 1:07-CR-157-01

LEONDRE PATTON,                     HON. RICHARD ALAN ENSLEN

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge, filed October 3, 2007, is **APPROVED** and **ADOPTED** as the Opinion and Findings of this Court.

2. Defendant's plea of guilty to the single-count Indictment is accepted. Defendant Leondre Patton is adjudicated guilty.

3. Defendant Leondre Patton shall be detained pending sentencing.

DATED in Kalamazoo, MI:         /s/ Richard Alan Enslen
     October 25, 2007               RICHARD ALAN ENSLEN
                                                  SENIOR UNITED STATES DISTRICT JUDGE